1  (*Counsel listed on next page*)

2
3
4
5  UNITED STATES DISTRICT COURT

6  EASTERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| BRUCE KAUFMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:14-cv-01961-JAM-EFB<br><br>Related to Nos.:<br>  2:13-cv-02439-JAM-EFB<br>  2:14-cv-01960-JAM-EFB<br>  2:14-cv-01963-JAM-EFB<br>  1:15-cv-01748-JAM-EFB<br>  1:15-cv-01872-JAM-EFB<br>  1:15-cv-01874-JAM-EFB<br>  2:15-cv-02150-JAM-EFB<br>  2:15-cv-02396-JAM-EFB<br>  2:15-cv-02597-JAM-EFB<br>  2:16-cv-00174-JAM-EFB<br>  2:16-cv-00211-JAM-EFB<br>  2:16-cv-01028-JAM-EFB<br>  2:17-cv-01527-JAM-EFB<br><br>**STIPULATION TO PROCEED BY BENCH TRIAL OF ALL CLAIMS**<br><br>Judge:         Hon. John A. Mendez<br>Trial Date:    October 23, 2017 |

| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |
| 5 | matt@righettilaw.com |
| | john@righettilaw.com |
| 6 | mike@righettilaw.com |

Attorneys for Plaintiffs
Bruce Kaufman and Chris Gonzalez

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
ANDREA B. DICOLEN (Cal. State Bar No. 305555)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com
andreadicolen@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

Plaintiffs Bruce Kaufman and Chris Gonzalez and defendant Rite Aid Corporation ("Rite Aid"), by and through their respective counsel, hereby request that the Court enter an order providing that the consolidated trial in *Kaufman v. Rite Aid Corp.*, No. 2:14-cv-01961, and *Gonzalez v. Rite Aid*, No. 2:14-cv-01963, will proceed as a bench trial, and in support of that request stipulate as follows:

1. Plaintiff Kaufman filed his complaint in the Superior Court of California, County of Sacramento ("Sacramento Superior Court"), on August 29, 2013. Neither in his complaint, nor thereafter, did plaintiff Kaufman demand a jury trial.

2. On October 15, 2013, Rite Aid filed an answer to plaintiff Kaufman's complaint in Sacramento Superior Court, whereby it initially demanded a jury trial.

3. Plaintiff Gonzalez filed his complaint in Sacramento Superior Court on October 25, 2013. Neither in his complaint, nor thereafter, did plaintiff Gonzalez demand a jury trial.

4. On December 19, 2013, Rite Aid filed an answer to plaintiff Gonzalez's complaint in Sacramento Superior Court, whereby it initially demanded a jury trial.

5. Trial in *Kaufman* and *Gonzalez* is currently scheduled to begin October 23, 2017 (ECF 46).

6. The parties have conferred and, for purposes of the *Kaufman* and *Gonzalez* matters only, Rite Aid has agreed to withdraw its demands for jury trials. This stipulation does not address any other consolidated case pending before this Court.

7. Accordingly, the parties respectfully request that the Court enter an order providing that the trial will proceed on October 23, 2017, as a bench trial of all of plaintiffs Kaufman's and Gonzalez's claims

This stipulation is filed by Justin M. Scott. All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

///
///
///
///
///

LEGAL_US_W # 90863355.2

Dated: August 23, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI GLUGOSKI, P.C.

By: */s/ Michael Righetti*
Michael Righetti
Attorneys for Plaintiffs
Bruce Kaufman and Christopher Gonzalez

Dated: August 23, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
ANDREA B. DICOLEN
PAUL HASTINGS LLP

By: */s/ Justin M. Scott*
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

| | |
|---|---|
| 1 | (*Counsel listed on next page*) |
| 2 | |
| 3 | |
| 4 | |
| 5 | UNITED STATES DISTRICT COURT |
| 6 | EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 8 | BRUCE KAUFMAN, an individual | No. 2:14-cv-01961-JAM-EFB |
| 9 | Plaintiff, | Related to Nos.:<br>2:13-cv-02439-JAM-EFB |
| 10 | vs. | 2:14-cv-01960-JAM-EFB<br>2:14-cv-01963-JAM-EFB<br>1:15-cv-01748-JAM-EFB |
| 11 | | 1:15-cv-01872-JAM-EFB |
| 12 | RITE AID CORPORATION, and DOES 1 through 50, inclusive, | 1:15-cv-01874-JAM-EFB<br>2:15-cv-02150-JAM-EFB |
| 13 | Defendants. | 2:15-cv-02396-JAM-EFB<br>2:15-cv-02597-JAM-EFB |
| 14 | | 2:16-cv-00174-JAM-EFB<br>2:16-cv-00211-JAM-EFB |
| 15 | | 2:16-cv-01028-JAM-EFB<br>2:17-cv-01527-JAM-EFB |
| 16 | | **ORDER GRANTING STIPULATION TO** |
| 17 | | **PROCEED BY BENCH TRIAL OF ALL CLAIMS** |
| 18 | | Judge: Hon. John A. Mendez<br>Trial Date: October 23, 2017 |

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiffs
Bruce Kaufman and Chris Gonzalez


JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
ANDREA B. DICOLEN (Cal. State Bar No. 305555)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com
andreadicolen@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

| | |
|---|---|
| 1 | On the stipulation of the parties, and good cause appearing therefor, |
| 2 | IT IS ORDERED that the trial scheduled for October 23, 2017, in *Kaufman v. Rite Aid Corp.*, |
| 3 | No. 2:14-cv-01961, and *Gonzalez v. Rite Aid*, No. 2:14-cv-01963, will proceed as a bench trial. |
| 4 | Dated: August 23, 2017. |

/s/ John A. Mendez<br>
John A. Mendez<br>
United States District Court Judge