| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| 2 | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
|   | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| 3 | RIGHETTI·GLUGOSKI, P.C. |
|   | 456 Montgomery Street, Suite 1400 |
| 4 | San Francisco, California 94104 |
|   | Telephone: (415) 983-0900 |
| 5 | Facsimile: (415) 397-9005 |
| 6 | Attorneys for Plaintiff |
|   | Bruce Kaufman |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
|   | JUSTIN M. SCOTT (Cal. State Bar No. 302502) |
| 8 | ANDREA B. DICOLEN (Cal. State Bar No. 305555) |
|   | PAUL HASTINGS LLP |
| 9 | 101 California Street, 48th Floor |
|   | San Francisco, California 94111 |
| 10 | Telephone: (415) 856-7000 |
|    | Facsimile: (415) 856-7100 |
| 11 | jeffwohl@paulhastings.com |
|    | justinscott@paulhastings.com |
| 12 | andreadicolen@paulhastings.com |
| 13 | Attorneys for Defendant |
|    | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KAUFMAN, an individual, | No. 2:14-cv-01961-JAM-EFB |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | Judge: Honorable John A. Mendez |
|  | Dept.: 6 |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: August 29, 2013 |
|  | Trial Date: October 23, 2017 |
| Defendants. | |

1    Pursuant to the stipulation of the parties, and good cause appearing therefor,

2    IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side

3    to bear its own costs and attorneys' fees.

4    Dated: 10/3/2017                    /s/ John A. Mendez_____
                                          Hon. John A. Mendez
5                                         United States District Court Judge